# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7137 MRW | Date | December 7, 2021 |
|---|---|---|---|
| Title | Hwan Kim v. The Village Courtyard, Inc. | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING CASE**

Plaintiff filed a notice dismissing this case with prejudice. (Docket # 13.) This action is dismissed with prejudice.